# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

September 28, 2012

Lyle W. Cayce
Clerk

No. 11-40900
c/w No. 11-40901
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JOHN NASKY OKONKWO,

Defendant-Appellant

Appeals from the United States District Court
for the Eastern District of Texas
USDC No. 1:10-CR-59-1

Before KING, CLEMENT, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent John Nasky Okonkwo has moved for leave to withdraw and has filed a brief in accordance with Anders v. California, 386 U.S. 738 (1967), and United States v. Flores, 632 F.3d 229 (5th Cir. 2011). Okonkwo has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Okonkwo's response. We concur with counsel's assessment that the appeal presents no nonfrivolous

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  See 5TH CIR. R. 42.2.